**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-05

UNITED STATES OF AMERICA,

Plaintiff,

v.

5. EULISES ALVARADO-CARRILLO,

Defendant.

---

**MINUTE ORDER**[1]

---

On July 7, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **August 9, 2011**, commencing at 11:00 a.m., the court shall conduct the change of plea hearing in this matter.

Dated: July 7, 2011

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.